UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    ORDER OF FORFEITURE
                                  :
         -v.-                     :    S3 04 Cr. 1036 (GBD)
                                  :
DONOVAN FRANCIS                   :
    a/k/a "Brian,"                :
                                  :
         Defendant.               :
- - - - - - - - - - - - - - - - - x

       WHEREAS, on December 21, 2005, Donovan Francis a/k/a "Brian" (the "Defendant"), was charged in a one-count Felony Information, S3 04 Cr. 1036 (GEL) (the "Information"), with conspiring to commit Hobbs Act robberies, in violation of Title 18, United States Code, Section 1951 (Count One);

       WHEREAS, the Information included a forfeiture allegation seeking pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, the forfeiture of all property real and personal, that constitutes or is derived from proceeds traceable to the commission of the robbery offense, including but not limited to a sum of money equal to $1,600,000.00 in United States Currency;

       WHEREAS, on December 21, 2005, the Defendant pled guilty to the Information pursuant to a plea agreement with the Government wherein the defendant admitted to the forfeiture allegation and agreed to forfeit to the United States $1,600,000.00 in United States Currency;

WHEREAS, on November 8, 2011, the Defendant was sentenced and ordered to forfeit $1,600,000.00 in United States currency, representing the amount of proceeds obtained directly or indirectly as a result of the offense charged in Count One the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $1,600,000.00 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order, this Order of Forfeiture is final as to the Defendant, Donovan Francis a/k/a "Brian," and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon execution of this Order of Forfeiture and pursuant to Title 21, United States Code, Section 853, the United

States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, One Saint Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       April ___, 2012

APR 30 2012

SO ORDERED:

_George B. Daniel_
HONORABLE P. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

3